

United States District Court
Southern District Of Texas
FILED

MAY 22 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.
CLARISSA BERMEA
a/k/a "Mom"

Defendant

Case No. SA-19-CR-370-(5)-XR

M-19-1169-M-05

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **CLARISSA BERMEA**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)- Conspiracy to Possess with Intent to Distribute 500 grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine; 21 USC 846, 841(a)(1) & 841(b)(1) Conspiracy to Possess with Intent to Distribute 1 kilogram or More of a Mixture or Substance Containing a Detectable Amount of Heroin 21 U.S.C. §§ 841(a)(1) 841(b)(1)(B) & 18 U.S.C. § 2 -Possession with Intent to Distribute 100 grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin and Aiding and Abetting; 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)- Possession with Intent to Distribute 100 grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin; 10; 21 U.S.C. 841(a)(1) 841(b)(1)(C) & 18 U.S.C. § 2—Possession with Intent to Distribute a Mixture or

Date: 05/15/2019

*Issuing officer's signature*

City and state: San Antonio, Texas

Rosanne M. Garza, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on (date) 5-15-19, and the person was arrested on (date) 5-21-19
at (city and state) _____

Date: 5-21-19

*Arresting officer's signature*

SA Katina Coressel
*Printed name and title*